**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| JOHN DAWKINS<br>REG. # 19518-424 | CIVIL ACTION NO. 18-1381 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| USA | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation (Record Document 4) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 17th day of December, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT